Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 14−13768−jps**

**In re:**
Arturas Bandza
21515 Aberdeen Road
Rocky River, OH 44116

**Social Security No.:**
xxx−xx−3579

**NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE
OF HEARING ON APPLICATIONS FOR COMPENSATION
(AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

**To the Creditors and Parties in Interest:**

The final report(s) and accounts of the trustee in this case having been filed, notice is hereby given that there will be a hearing held on:

**Date/Time/Location of Hearing**
February 10, 2015 **at** 09:30 AM
H.M. Metzenbaum Courthouse, 201 Superior Avenue, Courtroom #2B, Cleveland, OH 44114

For the purpose (as appropriate) of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed but not required. **The account of the Trustee shows:**

**Total Receipts** $ 7,609.78     **Total Disbursements** $ 50.00     **Balance on Hand** $ 7,559.78

In addition to expense of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividend to general creditors. Claims have been allowed and classified as follows:

**Secured Claims** $ 29,243.41     **Priority Claims** $ −0−     **Unsecured Claims** $ 22,589.65

The following applications for compensation have been filed
(creditors may be heard before the applications are determined)

| Applicant | Commission or Fees | Expenses |
|---|---|---|
| Virgil E Brown, Jr., Chapter 7 Trustee | $1,510.98 | $18.43 |

(If appropriate) the trustee has filed a notice of intent to abandon the following property:

**Any objections to said abandonment shall be filed with the clerk no later than five (5) days prior to the hearing.
If no objections are filed, the property shall be deemed abandoned without further order of the court.**

**Dated:** December 23, 2014                              For the Court
Form ohnb180                                               Kenneth J. Hirz, Clerk