```
                              United States Bankruptcy Court
                                  Northern District of Ohio
In re:                                                               Case No. 14-13768-jps
Arturas Bandza                                                       Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0647-1          User: jjana                 Page 1 of 2        Date Rcvd: Dec 23, 2014
                              Form ID: 180                Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2014.
db             +Arturas Bandza,    21515 Aberdeen Road,   Rocky River, OH 44116-1111
23094528       +AMEX,   P.O. Box 981537,   El Paso, TX 79998-1537
23094529        ARS,   P.O. Box 469047,   Escondido, CA 92046-9047
23094526       +Algis Sirvaitis & Associates,    Attorneys at Law,    880 East 185th Street,
                 Cleveland, OH 44119-2769
23094527       +American Express,    Po Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
23294977        American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
23094531       +Ausra Elena Bandza,    4284 W. 192nd Street,   Cleveland, OH 44126-1902
23355349      ++CUYAHOGA COUNTY TREASURER,    2079 EAST 9TH STREET,    FIRST FLOOR,   CLEVELAND OH 44115-1302
                (address filed with court: Cuyahoga County Treasurer,     2079 East 9th Street,
                 Cleveland, OH  44115)
23094532       +Cbe Group,    1309 Technology Pkwy,   Cedar Falls, IA 50613-6976
23094534       +Charter One,    1 Citizens Drive,   Riverside, RI 02915-3019
23094535       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
23094536       +CitiBank (South Dakota) NA,    701 East 60th St., North,    Sioux Falls, SD 57104-0493
23094537       +CoreLogic Services LLC,    P.O. Box 961230,   Fort Worth, TX 76161-0230
23094538       +Cuyahoga County Treasurer,    P.O. Box 94404,   Cleveland, OH 44101-4404
23094540       +Dominion East Ohio,    1201 E. 55th Street,   Cleveland, OH 44103-1028
23276463       +Dominion East Ohio Gas,    P.O. Box 5759,   Cleveland OH 44101-0759
23094541       +East Ohio Gas Company,    1201 E. 55th Street,   Cleveland, OH 44103-1081
23094542       +First Federal Credit C,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
23208772       +Gridiron Guvs LLC,    2967 Nationwide Pkwy,   Suite 5,    Brunswick, OH 44212-2395
23094545       #+Gridiron Guys, LLC,    1589 Oak Tree Dr.,   Brunswick, OH 44212-3575
23094548        Javitch, Block & Rathbone,    1100 Superior Ave., 18th Fl.,    Cleveland, OH 44114-2518
23094549       #+Joseph Mann & Creed,    20600 Chagrin Blvd Ste 5,    Shaker Heights, OH 44122-5340
23094553       +MRS Associates Inc.,    1930 Olney Ave.,   Cherry Hill, NJ 08003-2016
23094552       +Metro Hospital,    2500 Metrohealth Dr.,   Cleveland, OH 44109-1998
23205326       +Midland Credit Management, Inc,    as agent for Asset Acceptance LLC,    PO Box 2036,
                 Warren, MI 48090-2036
23094554       +Nationwide Credit,    P.O. Box 26314,   Lehigh Valley, PA 18002-6314
23094557      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541)
23094555       +Peter A. Russell, Esq.,    401 South Street, Suite 2B,    Chardon, OH 44024-1483
23094558       +Regginald Brown,    2187 E. 31st Street,   Cleveland, OH 44115-3032
23094560       +TD Bank USA, N.A.,    3701 Wayzata Blvd, MS-3CG,    Minneapolis, MN 55416-3401
23094561       +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23094530       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 23 2014 22:10:08      Asset Acceptance,
                 Attn: Bankrupcy Dept,    Po Box 2036,   Warren, MI 48090-2036
23185868        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 23 2014 22:16:16      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
23094539       +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 23 2014 22:16:16      Discover Fin Svcs Llc,
                 Po Box15316,   Wilmington, DE 19850-5316
23094543       +E-mail/Text: servicing.requests@flagstar.com Dec 23 2014 22:11:18      Flagstar Mortgage,
                 5151 Corporate Dr.,    Troy, MI 48098-2639
23094544       +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2014 22:14:40      Green Tree Servicing, LLC,
                 Asset Receivables Management,    7360 South Kyrene Road,    Tempe, AZ 85283-8432
23094546        E-mail/Text: bankruptcy@huntington.com Dec 23 2014 22:10:17      Huntington Bank,
                 P.O. Box 1558,   Columbus, OH 43216-1558
23094547        E-mail/Text: cio.bncmail@irs.gov Dec 23 2014 22:09:26      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, PA 19114-0326
23094550       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 23 2014 22:09:22      Kohls/capone,
                 Po Box 3115,   Milwaukee, WI 53201-3115
23190101        E-mail/Text: bkr@cardworks.com Dec 23 2014 22:09:12      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
23094551       +E-mail/Text: bkr@cardworks.com Dec 23 2014 22:09:12      Merrick Bk,   Attn: Bankruptcy,
                 P.O. Box 9201,   Old Bethpage, NY 11804-9001
23094562        E-mail/Text: bankruptcy@firstenergycorp.com Dec 23 2014 22:10:29      The Illuminating Company,
                 P.O. Box 3638,   Akron, OH 44309-3638
23094563        E-mail/Text: BKRMailOps@weltman.com Dec 23 2014 22:10:39      Weltman, Weinberg & Reis Co., LPA,
                 323 W. Lakeside Ave., Ste. 200,    Cleveland, OH 44113-1099
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE HUNTINGTON NATIONAL BANK
23094559        Stasele Bandziene,    A. Vaisvilos 9-45,   Pllinge LT 90126
```

14-13768-jps    Doc 27    FILED 12/25/14    ENTERED 12/26/14 00:26:55    Page 1 of 3

```
cr*           ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   Centralized Insolvency Operations,
                 P.O. Box 21126,   Philadelphia, PA  19114-0326)
23094533      ##+CBE Group,   131 Tower Park Dr.,   Waterloo, IA 50701-9374
23094556      ##+Portfolio RC,   287 Independence,   Virginia Beach, VA 23462-2962
                                                                                         TOTALS: 2, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2014 at the address(es) listed below:
              James M McClain    on behalf of Debtor Arturas   Bandza mcclain2@windstream.net
              Milan   Kubat    on behalf of Creditor    THE HUNTINGTON NATIONAL BANK bronationalecf@weltman.com,
               mkubat@weltman.com
              Virgil E Brown, Jr    on behalf of Trustee Virgil E Brown, Jr vbrownjr@ecf.epiqsystems.com
              Virgil E Brown, Jr    vbrownjr@ecf.epiqsystems.com
                                                                                             TOTAL: 4

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 14−13768−jps**

**In re:**
Arturas Bandza
21515 Aberdeen Road
Rocky River, OH 44116

**Social Security No.:**
xxx−xx−3579

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE
### OF HEARING ON APPLICATIONS FOR COMPENSATION
### (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

**To the Creditors and Parties in Interest:**

The final report(s) and accounts of the trustee in this case having been filed, notice is hereby given that there will be a hearing held on:

**Date/Time/Location of Hearing**
February 10, 2015 at 09:30 AM
H.M. Metzenbaum Courthouse, 201 Superior Avenue, Courtroom #2B, Cleveland, OH 44114

For the purpose (as appropriate) of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed but not required. **The account of the Trustee shows:**

**Total Receipts** $ 7,609.78      **Total Disbursements** $ 50.00      **Balance on Hand** $ 7,559.78

In addition to expense of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividend to general creditors. Claims have been allowed and classified as follows:

**Secured Claims** $ 29,243.41      **Priority Claims** $ −0−      **Unsecured Claims** $ 22,589.65

The following applications for compensation have been filed
(creditors may be heard before the applications are determined)

| Applicant | Commission or Fees | Expenses |
|---|---|---|
| Virgil E Brown, Jr., Chapter 7 Trustee | $1,510.98 | $18.43 |

(If appropriate) the trustee has filed a notice of intent to abandon the following property:

Any objections to said abandonment shall be filed with the clerk no later than five (5) days prior to the hearing. If no objections are filed, the property shall be deemed abandoned without further order of the court.

**Dated:** December 23, 2014                                                                                                   For the Court
Form ohnb180                                                                                                                                 Kenneth J. Hirz, Clerk